from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Scudder, J.P., Gorski, Green and Pine, JJ. (Filed Nov. 2, 2006.)

■ In the Matter of ROBERT S. WOLFE, an Attorney, Resignor. [823 NYS2d 704]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Scudder, J.P., Gorski, Green and Pine, JJ. (Filed Nov. 3, 2006.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD McKNIGHT, Appellant. [823 NYS2d 751]—Motion for writ of error coram nobis denied. Present—Scudder, J.P., Kehoe, Smith and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY ARKIM, Also Known as ED MASON, Appellant. [823 NYS2d 751]—Motion for writ of error coram nobis denied. Present—Hurlbutt, A.P.J., Scudder, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN McMILLAN, Appellant. [823 NYS2d 751]—Motion for writ of error coram nobis denied. Present—Scudder, J.P., Kehoe, Smith and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIAN M. TRICE, Appellant. [823 NYS2d 751]—Motion for writ of error coram nobis denied. Present—Scudder, J.P., Gorski, Martoche and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAM BENNEFIELD, Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAM BENNEFIELD, Appellant. (Appeal No. 2.) [823 NYS2d 751]—Motion for writ of error coram nobis denied. Present—Scudder, J.P., Gorski, Smith and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINIC MAINELLA, JR., Appellant. [823 NYS2d 751]—Motion for writ of error coram nobis denied. Present—Scudder, J.P., Gorski, Smith and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARY ANNE VOORHEES, Also Known as LEATHER, Appellant. [823 NYS2d 751]—Motion for writ of error coram nobis denied. Present—Scudder, J.P., Gorski, Smith and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ODELL WILKENS, Also Known as ODELL WILKINS, Appellant. [823